UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NAJEE PLAYER,

                    Petitioner,

    -against-

DALE ARTUS, Superintendent,
Clinton Correctional Facility,

                    Respondent.
-----------------------------------------------------------------X

JUDGMENT
06-CV-2764 (JG)

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on February 6, 2008, denying the petition as amended; and ordering that no Certificate of Appealability shall issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition as amended is denied; and that no Certificate of Appealbility shall issue.

Dated: Brooklyn, New York
         February 21, 2008

Robert C. Heinemann
Clerk of Court

By: s/Terry Vaughn
     Terry Vaughn
     Chief Deputy of
     Court Operations